```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

LORI JOANNE WEBB,                    *

       Plaintiff,              *

vs.                                  *
                               CASE NO. 3:11-CV-103 (CDL)
MICHAEL J. ASTRUE, Commissioner      *
of Social Security,
                               *

       Defendant
                               *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

      After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 11, 2012 is hereby approved, adopted, and made the Order of the Court.

      The objections of the Plaintiff have been considered and are found to be without merit.  The Court observes that the Commissioner in his response to Plaintiff's objections to the Magistrate Judge's Report and Recommendation exhaustively discusses the inconsistencies between Dr. Melieste's treatment notes and his conclusory opinion regarding disability. (ECF No. 13).  These inconsistencies support the ALJ's factual findings in this case, and even if those findings are disputed, the Magistrate Judge was correct in concluding that there is substantial evidence in the record as a whole supporting the ALJ's findings and conclusions.  Accordingly, the decision of the Commissioner must be affirmed.

IT IS SO ORDERED, this 27th day of July, 2012.

                                                    s/Clay D. Land
                                                    CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE